Robert E. Barnes
Barnes Law, LLP
601 S. Figueroa St., Ste. 4050
Los Angeles, CA 90017
Tel: (310) 510-6211/ Fax: (310) 510-6225
E-mail: robertbarnes@barneslawllp.com

Attorney (*Pro Hac Vice*) for Defendant
Kevin Scott Wynn

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| United States of America | ) | CR-18-01649-PHX-SMB (BSB) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S UNOPPOSED,** |
| | ) | **SIXTH MOTION FOR RELIEF** |
| vs. | ) | **FROM CONDITIONS OF** |
| | ) | **RELEASE** |
| Kevin Scott Wynn, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant KEVIN SCOTT WYNN through the undersigned, Robert E. Barnes, and respectfully moves the Court for relief from his conditions of release and permission to travel for business purposes. This motion is filed pursuant to LRCrim 12.1.

1. WYNN was indicted on December 18, 2018. (Dkt. No. 01).

2. On January 9, 2019 WYNN's Arraignment was held. (Dkt. No 08). At that time the Court also established WYNN's Conditions of Release. (Dkt. No. 09).

3. Subsequently, upon consideration of WYNN's "Motion for Relief from Conditions of Release" (Dkt. 14) the Court ordered WYNN be allowed to travel for a specific job in Arizona from March 9 until March 19, 2019. Additionally, conditions were ordered

modified to allow 10 days of travel (rather than seven (7) days) with fourteen (14) days notice to PT Services to and from Arizona for business purposes. (Dkt. 16). All other travel to any other jurisdiction requires prior authorization of the Court. *Id*.

4. This is the "Sixth Motion For Travel", for the month of June 2019. The locations have not changed, only the dates for travel for business purposes to Panama City, Florida and Cheyenne, Wyoming. The schedule for this Request is as such:

- Permission for travel from Key West, Florida to Panama City, Florida from June 5, 2019 until June 9, 2019;

- Permission for travel from Panama City, Florida to Cheyenne, Wyoming for business, from June 9, 2019 until June 12, 2019;

- Permission for travel from Cheyenne, Wyoming to Phoenix, Arizona from June 12, 2019 until June 18, 2019 for legal meetings;

- Permission to travel from Phoenix, Arizona back to Panama City, Florida from June 18, 2019 until June 21, 2019, returning to Key West on June 21, 2019.

5. During this short entire period of release, WYNN has scrupulously observed all release conditions including DNA collection and submissions to mental, health and drug evaluations. (Dkt. No. 09).

6. The undersigned has conferred with AUSA Gary Restaino regarding this travel request, and can relate that the government has no objection.

WHEREFORE, for the foregoing reasons, WYNN respectfully moves this Court for an Order giving permission for travel from Key West, Florida to Panama City, Florida from June 5, 2019 until June 9, 2019; permission from Panama City, Florida to Cheyenne, Wyoming for business, from June 9, 2019 until June 12, 2019; permission to travel from Cheyenne, Wyoming

to Phoenix, Arizona from June 12, 2019 until June 18, 2019 for legal meetings; permission to travel from Phoenix, Arizona back to Panama City, Florida from June 18, 2019 until June 21, 2019, returning to Key West on June 21, 2019.

DATED: May 29, 2019

          By:    /s/ Robert E. Barnes
                 ROBERT E. BARNES
                 Counsel for Kevin Scott Wynn

                 Barnes Law, LLP
                 601 S. Figueroa St., Ste. 4050
                 Los Angeles, CA 90017
                 Tel: (310) 510-6211/ Fax: (310) 510-6225
                 E-mail: robertbarnes@barneslawllp.com

## **CERTIFICATE OF SERVICE**

It is hereby certified the foregoing motion was made through the Court's electronic filing and notice system (CM/ECF), or, as appropriate by sending of copy of the same by electronic mail to the following address:

Gary M. Restaino
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Gary.Restaino@usdoj.gov

DATED this 29th day of May 2019.

/s/ Robert E. Barnes
Robert E. Barnes, Esq.