MICHAEL BAILEY
United States Attorney
District of Arizona
JAMES R. KNAPP
Arizona State Bar No. 021166
Email: james.knapp2@usdoj.gov
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-1649-PHX-SMB |
| Plaintiff, | |
| vs. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| Kevin Scott Wynn, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney James R. Knapp is associated as counsel for the United States.

Respectfully submitted this 19th day of June 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

 *s/ James R. Knapp*

JAMES R. KNAPP
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/19/2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with a copy to the following CM/ECF registrants: Robert Barnes