**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

|  |  |  |
|---|---|---|
| United States of America | ) | CR-18-01649-PHX-SMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin Scott Wynn, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER**

Upon the Court's consideration of WYNN's "Eighth Motion for Relief from Conditions of Release" to travel for business purposes from July 17, 2019 until July 31, 2019 when WYNN will return to Phoenix, Arizona and from Phoenix back to Panama City from August 4, 2019 until August 9, 2019 when WYNN will return to Phoenix, Arizona:

IT IS HEREBY ORDERED that WYNN be allowed to travel to Panama City, Florida from July 17, 2019 until July 31, 2019. IT IS FURTHER ORDERED that WYNN be allowed to travel from Phoenix, Arizona to Panama City, Florida from August 4, 2019 until August 9, 2019.

Dated this 11th day of July, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge