MICHAEL BAILEY
United States Attorney
District of Arizona
GARY M. RESTAINO
Arizona State Bar No. 017450
Email: gary.restaino@usdoj.gov
JAMES R. KNAPP
Arizona State Bar No. 021166
Email: james.knapp2@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>          vs.<br><br>Kevin Scott Wynn,<br><br>                     Defendant. | CR-18-1649-PHX-SMB (BSB)<br><br>**NOTICE OF EXPERT TESTIMONY** |

The United States notifies Defendant Kevin Scott Wynn of its intent to introduce trial testimony relating to tax calculations, the IRS Frivolous Return Program, and the collection, storage, and production of IRS records. The United States is providing this notice to the extent the evidence constitutes expert testimony as contemplated by Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702.

1.     **Tax Calculations**

An IRS revenue agent will testify to the calculations and summary exhibits provided in discovery, including the appendices showing estimated income and taxes due for 2010 through 2013 and the earlier assessments for 1999, 2000 and 2002; the transfers of money to and from nominee accounts; and the disposition of Wynn's income during the relevant period. The testimony will be based on the revenue agent's education, training, and experience. At this time, the United States anticipates that the witness will be IRS Revenue

Agent Nona Bosshart, and her resume has been provided to defense

### 2.    IRS Frivolous Return Program

The United States will present testimony from an IRS employee to discuss the Frivolous Return Program, including penalties assessed for frivolous tax filings, attempts to educate taxpayers on frivolous filings, administrative costs associated with frivolous filings and communications with tax defiers, and known schemes. The witness will opine that Wynn's letters to the IRS advance claims that have no basis in the law, and will explain IRS efforts to provide information to the public through official publications and government websites to debunk frivolous arguments and help taxpayers understand their tax obligations. At this time, the United States intends to elicit the testimony from IRS Court Witness Coordinator Roman Hernandez, and his resume has been provided to defense.

### 3.    IRS Records

The United States intends to present testimony from an IRS custodian of records, who will lay the foundation for various IRS records, including records of the filing history and tax transcripts for Wynn, his associated businesses, and the entities that have reported payment to him. The custodian will also testify about how the IRS collects and stores tax records and explain what the entries in IRS transcripts mean. At this time, the United States anticipates that IRS Court Witness Coordinator Roman Hernandez will testify about these matters.

Respectfully submitted this 18th day of July 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

 s/ James R. Knapp

GARY M. RESTAINO
JAMES R. KNAPP
Assistant U.S. Attorneys

- 2 -

1
2

**CERTIFICATE OF SERVICE**

3
4
5
6

    I hereby certify that on 7/18/2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

7

Robert E Barnes

8
9

  *s/ James Knapp*
U.S. Attorney's Office

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -