# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Kevin Scott Wynn,<br><br>             Defendant. | No. CR 18-1649-PHX-SMB<br><br>**ORDER**<br>(3rd Request) |

Upon joint motion of the Government and Defendant, and good cause appearing,

**IT IS ORDERED** granting the Joint Motion to Continue Trial for the reasons stated in the motion, including that counsel need additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from September 10, 2019 to **December 3, 2019 at 9:00 a.m.** and continuing the pretrial motion deadline until October 25, 2019.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B) will commence from September 10, 2019 to December 3, 2019.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement and should settlement be reached, the parties shall notify the Court.

Dated this 7th day of August, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge