Robert E. Barnes
Barnes Law, LLP
601 S. Figueroa St., Ste. 4050
Los Angeles, CA 90017
Tel: (310) 510-6211/ Fax: (310) 510-6225
E-mail: robertbarnes@barneslawllp.com

Attorney (*Pro Hac Vice*) for Defendant
Kevin Scott Wynn

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| United States of America | CR-18-01649-PHX-SMB (BSB) |
| Plaintiff, | **DEFENDANT'S PROPOSED STATEMENT OF THE CASE** |
| vs. |  |
| Kevin Scott Wynn, |  |
| Defendant. |  |

The Defendant submits the following additional, proposed statement of the case:

This is a criminal tax case brought by the United States government against the defendant, Kevin Scott Wynn.  This is not a civil tax case. The defendant is a construction contractor and has been involved in the construction industry for over two decades.  The United States charges the defendant with criminal tax evasion and willfully failure to file tax returns.   The prosecution alleges the defendant committed affirmative acts of evasion of the IRS' assessment of tax and was willful in failing to file tax returns. The theory of the defense is that the defendant had a good faith belief his conduct was lawful. The charges against the defendant are contained in the indictment.  The indictment is simply the description of the charges made by the government against the defendant, and it does not constitute evidence. The defendant has pleaded not guilty to all of the charges and is

presumed innocent unless and until proved guilty beyond a reasonable doubt.

DATED: November 13, 2019

                                                  By:    /s/ Robert E. Barnes
                                                          ROBERT E. BARNES
                                                          Counsel for Kevin Scott Wynn

                                                          Barnes Law, LLP
                                                          601 S. Figueroa St., Ste. 4050
                                                          Los Angeles, CA 90017
                                                          Tel: (310) 510-6211/ Fax: (310) 510-6225
                                                          E-mail: robertbarnes@barneslawllp.com

## **CERTIFICATE OF SERVICE**

It is hereby certified the foregoing motion was made through the Court's electronic filing and notice system (CM/ECF), or, as appropriate by sending of copy of the same by electronic mail to the following address:

Gary M. Restaino
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004

Gary.Restaino@usdoj.gov

DATED this 13th day of November 2019.

/s/ Robert E. Barnes
Robert E. Barnes, Esq.