**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** November 18, 2019 |
| **USA v. Kevin Scott Wynn** | **Case Number:** CR-18-01649-001-PHX-SMB |

**Assistant U.S. Attorney:** Gary Restaino and James Richard Knapp
**Attorney for Defendant:** Robert E. Barnes, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**Final pretrial conference held. Statement of case reviewed by the parties. Parties have no objections. Court conducts voir dire but will allow follow up questions by counsel. Government objections to defendant's proposed voir dire discussed. Court will review and issue a ruling. Court will order 60 jurors to participate in voir dire. Court will seat 12 jurors plus 1 alternate for a total of 13.  Peremptory strikes will be simultaneous. Exhibits discussed.  Parties to provide exhibits along with 3 copies of the witness list and exhibit list to the courtroom deputy the day before trial. Court will use JERS for jury deliberations.**

**Motion in limine (Doc. 64) is granted.**

**Terms of the plea offers to defendant placed on the record. Defendant has rejected all offers.**

**Court will provide preliminary jury instructions to counsel by email before trial.**

**Counsel to be present at 8:30 A.M. on 12/3/2019.**

**Court Reporter** Christine Coaly
**Deputy Clerk** Traci Abraham

**Start:  2:32 PM**
**Stop:   2:53 PM**