MICHAEL BAILEY
United States Attorney
District of Arizona
GARY M. RESTAINO
Arizona State Bar No. 017450
Email: gary.restaino@usdoj.gov
JAMES R. KNAPP
Arizona State Bar No. 021166
Email: james.knapp2@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Kevin Scott Wynn,<br><br>　　　　　　Defendant. | CR-18-1649-PHX-SMB<br><br>**NOTICE TO COURT REPORTER** |

Pursuant to the Order Setting Final Pretrial Conference (dkt. # 49), the United States, following consultation with the defense, submits the following list of proper names, geographic locations and pronunciations:

**Proper names of businesses**: Balfour Beatty; SCC Southwest Construction Consulting; Wynn Companies; Black River Construction & Development; K2 Construction & Development; Monsterland.

**Geographic locations:** 311 Cuyama, Shell Beach, California; Pismo Beach, California.

**Pronunciations:** witness Angela Cooper was formerly known as (and the former name appears on exhibits as) Angela Fekete, to wit: FECK-uh-te.

Respectfully submitted this 25th day of November, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Gary Restaino*
GARY M. RESTAINO
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25TH day of November, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Robert E Barnes,
*Attorney for Defendant*

- 2 -