Is there a statute of limitations on tax evasion? If there is, what is it?

Juror #11

Yes, there is a statute of limitations on tax evasion. However, the question of whether or not this case was timely brought is a legal issue for the Court and not one for the jury.

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 5 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CR 18-1649 PhxSMB

SCANNED