1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
3  GARY M. RESTAINO
   Arizona State Bar No. 017450
4  Email: Gary.Restaino@usdoj.gov
   JAMES R. KNAPP
5  Arizona State Bar No. 021166
   Email: James.Knapp2@usdoj.gov
6  Two Renaissance Square
   Assistant U.S. Attorneys
7  40 N. Central Ave., Suite 1800
   Phoenix, Arizona  85004
8  Telephone: 602-514-7500
   *Attorneys for Plaintiff*
9
                    IN THE UNITED STATES DISTRICT COURT
10
                         FOR THE DISTRICT OF ARIZONA
11
12    United States of America,              CR-18-1649-PHX-SMB
13                   Plaintiff,       **UNITED STATES' RESPONSE TO
                                      DEFENDANT'S THIRTEENTH MOTION
14            v.                              TO TRAVEL**
15    Kevin Scott Wynn,
16                   Defendant.

17         Post-conviction, defendant has moved for permission to travel interstate for work

18  next week, following on the twelve prior interstate trips for work during the year in which

19  this case has been pending.  Defendant correctly states the government's non-opposition

20  as to next week's intended travel, but the government writes further to provide an

21  explanation and to express its concerns.

22         As to the trip next week to Key West, the defendant and his counsel approached

23  government counsel following the verdict last week to alert it to this pending request.  (The

24  government had previously opposed a Florida travel request in the middle of November

25  because it conflicted with the pretrial conference, and so it does appear that defendant has

26  not traveled for work recently.)  Per defendant's representatives, the Key West trip is part

27  of defendant's continuing work for Balfour Beatty.  Defendant will be staying at the

28  residential address (a houseboat in a marina) listed on his original bail report.  Because this

travel is part of an ongoing project, and because defendant does not appear to be using the work travel as a vacation (for example, he is staying in a personal residence rather than a fancy hotel), the government does not oppose the pending request to travel next week.

Going forward, the government expects that it will continue to scrutinize work-related travel requests to militate against the waste of assets that could otherwise satisfy restitution,[1] and to ensure that the work is ongoing rather than a new project. Given his pending sentencing in March and an anticipated advisory Guideline sentencing range in Zone D of the Sentencing Table, scaling back on new projects, and reducing his role on existing ones, would seem prudent.

Respectfully submitted this 9th day of December, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Gary M. Restaino*
GARY M. RESTAINO
JAMES R. KNAPP
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for noticing the following CM/ECF registrant:

Robert E. Barnes,
*Attorney for Defendant*

*s/Cristina Abramo*
U.S. Attorney's Office

_____

[1] Defendant could help provide more comfort on the preservation of assets by cooperating with U.S. Probation when it comes time to prepare the PSR, particularly with respect to questions asked of him as to his assets and liabilities. Defendant was rather less forthcoming to Pretrial Services upon his arraignment, as he declined to identify any assets other than his home in Alpine and his houseboat; he refused to disclose the valuation even of those two assets; and he declined to answer any other financial questions. (Dkt. # 11 at 2-3.)