Jason M. Silver
Bar No. 016756
SILVER LAW PLC
7033 E. Greenway Parkway Suite 200
Scottsdale, Arizona 85254
jsilver@silverlawplc.com
Telephone: (480) 429-3360

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Kevin Scott Wynn,<br><br>　　　　　　Defendant. | CR-18-01649-PHX-SMB (BSB)<br><br>**NOTICE OF APPEARANCE** |

　　　　Jason M. Silver, of the firm of Silver Law PLC, 7033 East Greenway Parkway, Suite 200, Scottsdale, Arizona 85254, telephone number (480) 429-3360; facsimile (480) 429-3362, enters his notice of appearance on behalf of Kevin Scott Wynn for all further proceedings.

　　　　Respectfully submitted this 9th[th] day of January, 2020.

　　　　　　　　RESPECTFULLY SUBMITTED this 9th day of January, 2020.

　　　　　　　　　　　　　　　　SILVER LAW PLC

　　　　　　　　　　　　　　　　By: _s:/ Jason M. Silver_

　　　　　　　　　　　　　　　　Attorney for Defendant

- 2 -

1  **COPY** of the foregoing transmitted

2  by ECF for filing this 9th day of January, 2020, to:

3  Clerk's Office

4  United States District Court

5  Sandra Day O'Connor Courthouse

6  401 W. Washington

7  Phoenix, Arizona 85003

8

9  Michael Bailey

10 United States Attorney

11 United States Attorney's Office, District of Arizona

12 Two Renaissance Square

13 40 North Central Avenue, Suite 1200

14 Phoenix, Arizona 85004-4408

15 Attorneys for Plaintiff

16

17 GARY M. RESTAINO
   Assistant U.S. Attorney

18

19 **COPY** e-mailed to:

20 Kevin Scott Wynn

21 Defendant

22

23 /s/    Lindsay A. Chapman

24

25 Lindsay A. Chapman, legal Assistant